B5 (Official Form  5) (12/07)

| United States Bankruptcy Court<br><br>**Northern**        District of        **Illinois** | **INVOLUNTARY PETITION** |
|---|---|

| IN RE (Name of Debtor – If Individual:  Last, First, Middle)<br><br>GLENWOOD RESORT OWNERS ASSOCIATION | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.)<br><br>G.R.O.A. MEMBERS OF GLENWOOD P.O.A. |
|---|---|
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.): | GROA |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>551 Wilson Street<br>Marseilles, IL 61341 | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br>PO Box 293<br>Marseilles, IL 61341 |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br><br>LaSalle                                    61341 | ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR  (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☐  Chapter 7      ✓  Chapter 11

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

| Nature of Debts<br>(Check **one** box.)<br><br>Petitioners believe:<br><br>☐  Debts are primarily consumer debts<br>☑  Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>(Check **one** box.)<br>☐  Individual (Includes Joint Debtor)<br>☑  Corporation (Includes LLC and LLP)<br>☐  Partnership<br>☐  Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br>_____ | Nature of Business<br>(Check **one** box.)<br>☐  Health Care Business<br>☐  Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐  Railroad<br>☐  Stockbroker<br>☐  Commodity Broker<br>☐  Clearing Bank<br>☐  Other |
|---|---|---|

| **VENUE**<br><br>☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐  A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | **FILING FEE** (Check one box)<br><br>☑  Full Filing Fee attached<br><br>☐  Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |
|---|---|

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| **ALLEGATIONS**<br>(Check applicable boxes)<br><br>1.  ☑  Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).<br>2.  ☑  The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ☑  The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>or<br>  b. ☐  Within 120 days preceding the filing of this petition, a custodian, other than a  trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | COURT USE ONLY |
|---|---|

**B5 (Official Form 5) (12/07) – Page 2**                    Name of Debtor <u>Glenwood Resort Owners Asso</u>

Case No._____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

| REQUEST FOR RELIEF |
|---|
| Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached. |

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x _Diane Turek_ | x _____ July 18, 2012 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                Date |
| Diane Turek                July 18, 2012 | The Golding Law Offices, P.C. |
| Name of Petitioner        Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity   6044 W. Washington Street Chicago Ridge, IL 60415 | 500 N. Dearborn Street, 2nd Floor Chicago, IL 60614 |
| | 312-832-7885 |
| x _____ | x _____ July 18, 2012 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                Date |
| David  Goldman                July 18, 2012 | The Golding Law Offices, P.C. |
| Name of Petitioner        Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity   24675 W. Gilmer Road Hawthorn Woods, IL 60047 | 500 N. Dearborn Street, 2nd Floor Chicago, IL 60614 |
| | 312-832-7885 |
| x _____ | x _____ July 18, 2012 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                Date |
| Glenwood Properties, Inc.                July 18, 2012 | The Golding Law Offices, P.C. |
| Name of Petitioner        Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity   24675 W. Gilmer Road Hawthorn Woods, IL 60047 David Goldman President | 500 N. Dearborn Street, 2nd Floor Chicago, IL 60614 |
| | 312-832-7885 |

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner Diane Turek, 6044 W. Washington Street, Chicago Ridge, IL 60415 | Nature of Claim for services paid and not received | Amount of Claim $5,325.00* |
| Name and Address of Petitioner David Goldman, 24675 W. Gilmer Road, Hawthorn Woods, IL 60047 | Nature of Claim for services paid and not received | Amount of Claim $3,000.00* |
| Name and Address of Petitioner Glenwood Prop. Inc., 24675 W. Gilmer Road, Hawthorn Woods, IL 60047 | Nature of Claim for services provided and not paid for | Amount of Claim $518,377.70** |
| Note:   If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims $526,702.70 |

_1_ continuation sheets attached

B5 Page 3 – Continuation Sheet                                              Glenwood Resort Owners Association

Explanatory Notes:

*Claims by lot owners are estimates based on annual fees and assessment paid for the prior three years.

**Claim by GPI does not include certain unliquidated and disputed claims.